UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHENGDU TOPS TECHNOLOGY CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFED ON SCHEDULE A,<br><br>　　　　Defendants. | 25-cv-3982 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　On May 12, 2025, plaintiff Chengdu Tops Technology Co. Ltd. filed a complaint in the above-captioned case, as well as a motion to seal two exhibits attached to the complaint. See ECF Nos. 1 & 2. In doing so, plaintiff did not abide by Electronic Filing Rules & Instructions ("ECF Rules") § 6.14. Pursuant to section 6.14, prior to filing a redacted or partially redacted complaint, a plaintiff must commence a miscellaneous case by filing a motion seeking leave to file a redacted complaint. Accordingly, the Court dismisses this action for failure to comply with ECF Rule 6.14. However, plaintiff may commence a new action in accordance with ECF Rule 6. Plaintiff is directed to the ECF Help Desk and the Clerk's Office for assistance with commencing any such action. For the foregoing reasons, the Clerk of Court is respectfully directed to close the case.

　　SO ORDERED.

New York, NY
5/14, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.